# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0814. STANLEY KENNETH JOHNSON v. JOHN T. CLOUGH, III.**

This case began as a dispossessory proceeding in magistrate court. After the magistrate court entered final judgment in favor of the plaintiff, Defendant Stanley Johnson appealed to the state court, which also ruled in favor of the plaintiff. Johnson filed a motion to vacate the state court's decision. The state court denied the motion and awarded attorney fees to the plaintiff under OCGA § 9-15-14. Johnson then filed this appeal. The Appellee has filed a motion to dismiss, arguing that we lack jurisdiction. We agree.

As the Appellee contends in his motion to dismiss, the trial court's order was not subject to direct appeal. An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Johnson's failure to follow the proper procedure deprives us of jurisdiction over this appeal.

Moreover, the appeal is untimely. Under OCGA § 44-7-56 (b) (1), appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456)

(1999). Here, the state court entered its order denying Johnson's motion on September 20, 2023, and Johnson filed his notice of appeal on October 17, which was 27 days later.

For both of these reasons, we lack jurisdiction over this appeal. Accordingly, the motion to dismiss is hereby GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/08/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*